**COHELAN KHOURY & SINGER**
Timothy D. Cohelan, SBN 60827
Michael D. Singer, Esq., SBN 115301
Diana M. Khoury, Esq., SBN 128643
J. Jason Hill, Esq. SBN 179630
605 C Street, Suite 200
San Diego, CA 92101-5305
TEL:  (619) 595-3001
FAX:  (619) 595-3000

**GASTON & GASTON**
Frederick W. Gaston, Esq., SBN 231179
1010 2nd Avenue, Suite 1770
San Diego, CA, 92101
TEL:  (619) 398-1882
FAX:  (619) 398-1887

Attorneys for Plaintiff Andre Watson on behalf of himself and the Certified Class

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE WATSON, on behalf of himself and all others similarly-situated,<br><br>Plaintiffs,<br><br>v.<br><br>RAYTHEON COMPANY and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO. 10-cv-00634-LAB (RBB)<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF CLASS NOTICE, AND SETTING OF FINAL FAIRNESS HEARING**<br><br>[**UNOPPOSED**]<br><br>Date:            November 8, 2010<br>Time:           11:15 a.m.<br>Courtroom:  9<br>Judge:          Hon. Larry A. Burns<br><br>Complaint filed:  May 29, 2008<br>Trial date:          None set |

---

Notice of Motion and Motion for Preliminary
Approval of Class Action Settlement                                              CASE NO. 10-cv-00634-LAB (RBB)

1  TO:    ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2       NOTICE IS HEREBY GIVEN that on November 8, 2010 at 11:15 a.m. in Courtroom 9
3  of the United States District Court for the Southern District of California located at 940 Front
4  Street, San Diego, California 92101, Plaintiff Andre Watson, on behalf of himself and the
5  Certified Class, will move this Court for an order preliminarily approving the Stipulation and
6  Settlement of Class Action Claims ("Settlement Agreement") a copy of which is attached as
7  Exhibit "A" to the Declaration of Timothy D. Cohelan, filed concurrently herewith, approval of
8  the Notice of Class Action Settlement to be mailed to the Class and the setting of a final fairness
9  hearing.

10      The proposed Settlement provides a complete plan for notifying the Class of the proposed
11 class action Settlement herein, timing of class member objections and requests for exclusion,
12 submission of claim forms by former members of the Class, Class Member challenges, and
13 distribution of individual settlement payments upon this Court's final approval.   This motion is
14 made on the grounds that the Parties have reached a proposed settlement which they believe to be
15 fair, reasonable and adequate and in the best interests of the class and all Parties.

16      This unopposed Motion is based on this Notice of Motion and Motion, Memorandum of
17 Points and Authorities and Declaration of Timothy D. Cohelan in support thereof, the [Proposed]
18 Order Granting Preliminary Approval of Class Action Settlement filed and served herewith, all
19 of the pleadings, papers and records on file herein, all matters upon which judicial notice may be
20 taken, any oral argument that may be presented at the hearing, and upon such other matters as
21 this Court deems just and necessary.

22

23 DATED: October 7, 2010          COHELAN KHOURY & SINGER
                                   GASTON & GASTON
24

25                                 By:  /s/   Diana M. Khoury
                                        Diana M. Khoury
26                                      J. Jason Hill
                                        Class Counsel for Plaintiff ANDRE WATSON
27                                      and the Certified Class

28