# EXHIBIT 2

CLAIM FORM

*Watson v. Raytheon Company*
**U.S.D.C. Case No. 10CV0634 LAB (RBB)**

**Declaration of Timothy D. Cohelan in Support of Motion for Preliminary Approval of Class Action Settlement, Approval of Class Notice, And Setting of Final Fairness Hearing**

**CLAIM FORM**
*Raytheon Overtime Class Action Settlement*
United States District Court for the Southern District of California,
Case No. 3-10-CV-00634-LAB (RBB)

**IMPORTANT:**

1. **IF YOU ARE <u>FORMER</u> RAYTHEON EMPLOYEE CLASS MEMBER, YOU MUST RETURN THIS CLAIM FORM, POSTMARKED ON OR BEFORE _____, 2010.**

2. **IF YOU ARE A <u>CURRENT</u> RAYTHEON EMPLOYEE CLASS MEMBER, YOU DO NOT NEED TO RETURN THIS CLAIM FORM TO OBTAIN YOUR SETTLEMENT PAYMENT UNLESS YOUR ADDRESS, WHICH IS LISTED BELOW, IS NOT ACCURATE AND/OR YOU WISH TO CHALLENGE THE INFORMATION UPON WHICH YOUR SETTLEMENT PAYMENT WAS DETERMINED. IN EITHER OF THESE TWO INSTANCES, YOUR CLAIM FORM MUST ALSO BE RETURNED TO THE SETTLEMENT ADMINISTRATOR.**

I. <u>CLAIMANT IDENTIFICATION</u>

<<First>> <<Last>>
<<Address1>>
<<Address2>>
<<City>> <<State>> <Zip>>
<< Telephone Numbers:

Please Make any Name/Address Corrections Below:

_____

_____

II. <u>GENERAL INFORMATION</u>

If you worked for the Raytheon Company in California as a Software Engineer I ("SE-01") and/or a Software Engineer II ("SE-02"), Job Codes CE37 and CE38, respectively, at any time during the period from May 29, 2004 through _____, 2010, or if you are a representative, assign, heir, executor, administrator, custodian, predecessor or successor in interest to any such employee, you are eligible to participate in the Settlement of the above class action, Raytheon Overtime Class Action Settlement, Case No. 3-10-CV-0034-LAB (RBB), United States District Court for the Southern District of California.

Pursuant to the Order of the United States District Court for the Southern District of California, dated [preliminary approval date], if you are a FORMER Raytheon employee Class Member, in order to receive money from the Settlement, you must sign this Claim Form and return it by first-

Call 800-XXX-XXXX
Deadline to submit Claim Form is ____, 2010 _____

WEST\22094083.3

class mail or in the postage paid, return envelope enclosed herewith, **postmarked no later than _____, 2010** to the following address:

**Raytheon Overtime Class Action Settlement**
c/o Rust Consulting
P.O. Box [\_\_\_\_]
[Address]
[Number]

**If you fail to postmark your Claim Form by that date, your claim will be rejected and you will not receive any money in connection with the Settlement (although you will be bound by the other provisions of the Settlement Agreement approved by the Court).**

If you are a CURRENT Raytheon employee Class Member, you do not need to return this Claim Form to participate in the Settlement and receive your monetary share of the Settlement. Instead, you will automatically be considered an Authorized Claimant.

III.    YOUR CLAIM INFORMATION

According to payroll records maintained by Raytheon, the total number of weeks you were employed by Raytheon in California as a Software Engineer I and/or Software Engineer II, Job Codes CE37 and CE38, respectively, at any time from May 29, 2004 through _____, excluding leaves of absence ("Work Weeks") is:

| Position   | Total Work Weeks |
|------------|------------------|
| [Position] | [Number]         |
| [Position] | [Number]         |

Based on information currently available, it is estimated your share of the settlement will be approximately $\_\_\_ if your Claim Form is signed, dated and postmarked on or before the deadline, _____, 2010.

IV.    IF YOU DISPUTE THE EMPLOYMENT INFORMATION ABOVE

If you believe the number of Work Weeks in a Job Level as listed in Section III is incorrect, you may send a letter to the Settlement Administrator along with this Claim Form indicating what you believe is correct.  You may also send any documents or other information that supports your belief that the information set forth above is incorrect.  The Settlement Administrator will resolve any dispute based upon Raytheon's records and any information you provide.  <u>Please be advised that the number of Work Weeks is presumed to be correct unless the documents you submit are company records from Raytheon.</u>

Call 800-XXX-XXXX
Deadline to submit Claim Form is \_\_\_\_, 2010 _____

WEST\22094083.3

IV.   **RELEASE OF CLAIMS**

Upon receipt of my share of the Settlement Amount, I hereby fully release and discharge Raytheon, its past or present officers, directors, shareholders, employees, agents, principals, heirs, representatives, accountants, auditors, consultants, insurers and reinsurers, and its and their respective successors and predecessors in interest, subsidiaries, affiliates, parents and attorneys ("Released Parties") from all claims, demands, rights, liabilities, and causes of action that were or might have been asserted, whether in tort, contract, or otherwise, for violation of any state or federal wage and hour law, whether for economic damages, non-economic damages, restitution, penalties, or other monies arising out of, relating to, or in connection with:

(a)   any facts, transactions, events, policies, occurrences, acts, disclosures, statements, omissions or failures to act, which are or could be the basis of claims that Raytheon improperly classified Class Members as exempt, failed to provide all overtime wages due, failed to provide timely or accurate final paychecks, failed to provide meal or rest periods, or compensation in lieu thereof, failed to keep records properly concerning time worked, and/or engaged in unfair business practices, at any times on or before Preliminary Approval (whether such claims are based on California or federal wage and hour law, contract law, or other law, including the California Attorneys General Act of 2004); and/or

(b)   causes of action asserted in the First Amended Complaint (collectively "Released Claims");

(c)   Released Claims do not include any claims for retaliation by Raytheon arising out of participation in this litigation.

I agree that I will not make a claim against any of the Released Parties that is in any way related to the Released Claims.

I have received the Class Notice.  I submit this Claim Form under the terms of the proposed settlement described in the Class Notice.  I understand that the full and precise terms of the proposed settlement are contained in the Settlement Agreement filed with the Court.  I further acknowledge that I am bound by the terms of any Judgment that may be entered in this class action.  If I am the executor and/or heir of a Settlement Class Member or a representative of a Settlement Class Member, I have provided appropriate documentation about the capacity in which I am submitting this Claim Form on separate sheets attached.

---

**Taxpayer Identification Number Certification - Substitute IRS Form W-9**

Enter the last four digits of your Social Security Number: ☐ ☐ ☐ ☐

Under penalties of perjury, I certify that:

1. The social security number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); **and**
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has

---

Call 800-XXX-XXXX
Deadline to submit Claim Form is ____, 2010 _____

> notified me that I am no longer subject to backup withholding; **and**
> 3. I am a U.S. citizen or resident alien.
>
> *Note: If you have been notified by the IRS that you are subject to backup withholding, you must cross out item 2 above.*
>
> **The IRS does not require your consent to any provision of this document other than this Form W-9 certification to avoid backup withholding.**

Dated: _____    _____
                                                              (Signature)

Call 800-XXX-XXXX
Deadline to submit Claim Form is \_\_\_\_, 2010 _____

WEST\22094083.3