# EXHIBIT 4

[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND JUDGMENT

*Watson v. Raytheon Company*
U.S.D.C. Case No. 10CV0634 LAB (RBB)

**Declaration of Timothy D. Cohelan in Support of Motion for Preliminary Approval of Class Action Settlement, Approval of Class Notice, And Setting of Final Fairness Hearing**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE WATSON, on behalf of himself and all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY and DOES 1 through 100, Inclusive,<br><br>Defendant. | CASE NO. 10-cv-00634-LAB-RBB<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND JUDGMENT**<br><br>Date:    TBA<br>Time:    TBA<br>Ctrm:    XX<br><br>Judge:   Hon. Larry A. Burns<br><br>Complaint filed:  May 29, 2008<br>Trial Date:       None set |

    This matter came on for hearing on _____, 2010 at \_\_\_\_a.m., in Courtroom 9 of the above-captioned Court on Plaintiff's Motion for Final Approval of Class Action Settlement, the Settlement Agreement and Joint Stipulation ("Settlement Agreement") and this Court's Order Granting Preliminary Approval of Class Action Settlement dated _____, 2010.  In accordance with the preliminary approval order, Class Members were given notice of the terms of the Settlement and the opportunity to submit a claim, request exclusion, comment upon or object to it or any of its terms.  Having received and considered the proposed Settlement, the supporting papers filed by the Parties, and the evidence and argument received by the Court in conjunction

with the Motion for Preliminary Approval of Class Action Settlement granted on _____, and the Motion for Final Approval, the Court grants final approval of the Settlement and HEREBY ORDERS AND MAKES THE FOLLOWING DETERMINATIONS:

1. Pursuant to the Order Granting Preliminary Approval of Class Action Settlement dated _____, 2010, a Notice of Class Action Settlement ("Notice"), Claim Form, and pre-printed, postage paid return envelope were sent to each member of the Class by first-class mail.  The Notice informed the class of the terms of the Settlement, their right to receive their proportional share of the Settlement by submitting a valid and timely Claim Form, of their right to request exclusion, of their right to comment upon or object to the Settlement, and of their right to appear in person or by counsel at the final approval hearing and to be heard regarding approval of the Settlement.  Adequate periods of time were provided by each of these procedures.  No member of the Class filed written objections to the proposed settlement as part of this notice process or stated an intention to appear at the final approval hearing.

2. The Court finds and determines that this notice procedure afforded adequate protections to Class Members and provides the basis for the Court to make an informed decision regarding approval of the Settlement based on the response of the Class.  The Court finds and determines that the notice provided in this case was the best notice practicable, which satisfied the requirements of law and due process.

3. The Court further finds and determines that the terms of the Settlement are fair, reasonable and adequate to the Class and to each Class Member and that the Settlement is ordered finally approved, and that all terms and provisions of the Settlement should be and hereby are ordered to be consummated.

4. The Court finds and determines that the Settlement payments to be paid to participating Class Members as provided for by the Settlement are fair and reasonable.  The Court hereby gives final approval to and orders the payment of those amounts be made to the participating Class Members in accordance with the terms of the Settlement.

5. The Court finds and determines that the payment to be paid to the California Labor

1  and Workforce Development Agency to satisfy alleged Labor Code violations pursuant to the
2  California Labor Code's Private Attorneys General Act of 2004 ("PAGA") in the sum of $20,000
3  is fair and reasonable.  The Court hereby gives final approval to and orders the payment to Labor
4  and Workforce Development Agency in accordance with the terms of the Settlement Agreement.

5  6. The Court determines by separate order the requests by Plaintiff and Class Counsel for the payment of the Class Representative Enhancement Award, Class Counsel's Fee and Expense Award, and the Claims Administrator's fees and costs in administrating the settlement. Any Court Order regarding the application for these payments shall in no way disturb or affect this Order and shall be considered separate from this Order.

7. Without affecting the finality of this order in any way, the Court retains jurisdiction of all matters relating to the interpretation, administration, implementation, effectuation and enforcement of this order and the Settlement.

8. Nothing in this order shall preclude any action to enforce the Parties' obligations under the Settlement or under this Order, including the requirement that Defendant make payments to Participating Class Members in accordance with the Settlement.

9. The Court hereby enters final judgment in this case accordance with the terms of the Settlement, Order Granting Preliminary Approval of Class Action Settlement, and this Order.

10. The Parties are hereby ordered to comply with the terms of the Settlement.

11. The Parties shall bear their own costs and attorneys' fees except as otherwise provided by the Settlement and the Court's Order Granting Class Counsels' Fee and Expense Award, Class Representative Enhancement Award and Claims Administration Expenses.

IT IS SO ORDERED.

Dated: _____, 2010        _____
                                       Hon. Larry Alan Burns
                                       United States District Judge

DLA Piper LLP (US)
San Diego

WEST\22093625.1            -3-            CASE NO. 10-cv-00634-LAB-RBB
[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND JUDGMENT