# EXHIBIT 5

REMINDER LETTER TO CLASS MEMBERS

*Watson v. Raytheon Company*
U.S.D.C. Case No. 10CV0634 LAB (RBB)

Declaration of Timothy D. Cohelan in Support of Motion for Preliminary Approval of Class Action Settlement, Approval of Class Notice, And Setting of Final Fairness Hearing

# Reminder of Deadline to Submit Your Claim Form

**To:** All Software Engineers SE-01 and SE-02 (designated Job Codes CE37 and CE38, respectively) employed by Raytheon Company in California at any time during the Class Period, May 24, 2004 through _____, 2010 ("Class Member")

**From:** Raytheon Overtime Class Action Settlement Administrator
c/o Rust Consulting, Inc.
P. O. Box_____
Minneapolis, Minnesota ____

**Date:** _____, 2010

**Subject:** Deadline to Postmark Your Claim Form – On or Before _____, 2010

On _____, 2010, a Notice of Class Action Settlement, Claim Form and preprinted, postage paid, return envelope was mailed to you. The Notice of Class Action Settlement ("Notice') described your rights to participate in the settlement, to request to be excluded from the settlement, or to object to the terms of the settlement, and the deadlines within which to act.

You are receiving this letter because you were identified as a former Raytheon employee Class Member at the time the Notice was originally mailed to you. Our records reflect that we have not received a Claim Form from you and the deadline to submit your Claim Form to receive your share of the settlement proceeds is quickly approaching.

Again, if you want to participate in the settlement and to receive your share of the settlement proceeds, as identified in the individualized Claim Form previously mailed to you, you must postmark your Claim Form and return it in the pre-printed, postage paid return envelope (which was enclosed with your Notice and Claim Form) or return by First Class U.S. Mail **no later than _____, 2010** to:

Raytheon Overtime Class Action Settlement
c/o Rust Consulting, Inc.
P. O. Box _____
Minneapolis, Minnesota _____

If you need another Claim Form, please call the Claims Administrator at **1-_____** to request another individualized Claim Form be forwarded to you. (Do not use the exemplar from the website, www.RaytheonOvertimeClassActionSettlement.com.)

Raytheon supports the Settlement and will not retaliate against any Class Member, current or formerly employed by Raytheon, for submitting their Claim Form (if a former employee) and/or receiving their share of the settlement proceeds automatically (if a current employee) as outlined in the Notice.

If you have any questions with regard to the settlement, you may call the Claims Administrator at the toll-free number 800-_____ or call Class Counsel at (619) 595-3001.

Sincerely,

Raytheon Overtime Class Action Settlement Administrator

WEST\22094030.3