1  MERRILL F. STORMS, JR. (Bar No. 78333)
   JOHN E. FITZSIMMONS (Bar No. 182467)
2  AMY E. BECKSTEAD (Bar No. 216422)
   **DLA PIPER LLP (US)**
3  401 B Street, Suite 1700
   San Diego, CA 92101-4297
4  Tel:   619-699-2700
   Fax:   619-699-2701
5  Email: rick.storms@dlapiper.com
   Email: john.fitzsimmons@dlapiper.com
6
   Attorneys for Defendant
7  RAYTHEON COMPANY

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | ANDRE WATSON, on behalf of himself and | CASE NO. 10-cv-00634-LAB-RBB
   | all others similarly-situated,          |
12 |                                         | **DEFENDANT RAYTHEON COMPANY'S
   |            Plaintiffs,                  | STATEMENT OF NON-OPPOSITION TO
13 |                                         | PLAINTIFF'S MOTION FOR
   |       v.                                | PRELIMINARY APPROVAL OF CLASS
14 |                                         | ACTION SETTLEMENT, APPROVAL OF
   | RAYTHEON COMPANY and DOES 1             | CLASS NOTICE, AND SETTING OF
15 | through 100, Inclusive,                 | FINAL FAIRNESS HEARING**
   |                                         |
16 |            Defendant.                   | Date:       November 8, 2010
   |                                         | Time:       11:15 a.m.
17 |                                         | Courtroom:  9
   |                                         | Judge:      Hon. Larry A. Burns
18 |                                         |
   |                                         | Complaint Filed: May 29, 2008
19 |                                         | Trial Date:      None set

20

21

22 /////

23 /////

24 /////

25 /////

26 /////

27 /////

28 /////

-1-

1  Pursuant to Civil Local Rule 7.1.f.3.a., Defendant Raytheon Company hereby states that it
2  does not oppose Plaintiff Andre Watson's Motion for Preliminary Approval of Class Action
3  Settlement, Approval of Class Notice, and Setting of Final Fairness Hearing.

Dated: October 18, 2010

                DLA PIPER LLP (US)

                By s/John E. Fitzsimmons
                   MERRILL F. STORMS, JR.
                   JOHN E. FITZSIMMONS
                   AMY E. BECKSTEAD
                   Attorneys for Defendant
                   RAYTHEON COMPANY

-2-
DLA PIPER LLP (US)
SAN DIEGO
WEST\222577315.1
CASE NO. 10-CV-00634-LAB-RBB
DEFENDANT RAYTHEON COMPANY'S STATEMENT OF NON-OPPOSITION

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2010, a copy of **DEFENDANT RAYTHEON COMPANY'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF CLASS NOTICE, AND SETTING OF FINAL FAIRNESS HEARING** was filed electronically. I understand that notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel, and I hereby certify that I have mailed the foregoing document(s) via the United States Postal Service to the non-CM/ECF participants indicated below:

> Frederick W. Gaston, Esq.
> GASTON & GASTON
> 1010 2nd Avenue, Suite 1770
> San Diego, CA 92101
> Tel:  619-398-1882
> Fax:  619-398-1887

s/ John E. Fitzsimmons